IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR491 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL SPIVAK, et al., | ) | NOTICE REGARDING |
| | ) | GOVERNMENT'S POSITION ON CIVIL |
| Defendant. | ) | MOTION TO STAY |

The United States of America, by and through undersigned counsel, submits notice that it takes no position regarding the motion to stay filed in *SEC v. Jason Arthur et al.*, 1:20CV469, Doc. 47.  To assist the Court in resolving the motion, the government submits the following:

1. The overlap between the civil case and the instant criminal case appears to be limited to the defendants' sale of U.S. Lighting Group stock.

2. Christopher Bongiorno has been notified that he is a target of the same investigation that resulted in the Grand Jury's indictment of Jason Arthur and others in the instant criminal case.  The government anticipates presenting charges to the Grand Jury or charging Bongiorno with a Bill of Information.

3. The United States Attorney's Office for the Northern District of Ohio has no current intention of intervening in the above-captioned civil case and has not presently identified any prejudice or impediment to its prosecution of the criminal case that would result from the Court's resolution of the motion to stay.

Respectfully submitted,

MICHELLE M. BAEPPLER
Acting United States Attorney

By:  /s/ Alejandro A. Abreu
Alejandro A. Abreu (OH: 0089477)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3620
(216) 522-2403 (facsimile)
Alejandro.A.Abreu@usdoj.gov
