IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-CR-00491 |
| Plaintiff, | ) ) ) | JUDGE J. PHILIP CALABRESE |
| v. | ) ) ) | |
| PAUL SPIVAK, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## DEFENDANTS PAUL SPIVAK AND OLGA SMIRNOVA'S NOTICE OF RECIPROCAL DISCOVERY

On July 12, 2024, Defendants Paul Spivak and Olga Smirnova, pursuant to Fed. R. Crim. P. 16(b) and in furtherance of their reciprocal discovery obligations, provided the United States of America with a production of materials bearings Bates stamps: SPIVAK_SMIRNOVA0000001-SPIVAK_SMIRNOVA0003682.

Defendants Spivak and Smirnova hereby notify the United States of America of their general intention to use all discoverable evidence pursuant to Fed. R. Crim. P. 16 in relation to this matter. Any further evidence to be used in Defendants Spivak and Smirnova's case in chief will be disclosed, to the extent it has not already been produced by the government, pursuant to Fed. R. Crim. P. 16 and its provisions regarding the ongoing duty to disclose.

Dated: July 12, 2024    Respectfully submitted,

/s/ David L. Axelrod
David L. Axelrod (Admitted Pro Hac Vice)
Lauren W. Engelmyer (Admitted Pro Hac Vice)
BALLARD SPAHR LLP
1735 Market Street
Philadelphia, PA 19103
Telephone:   215.864.8639
Facsimile:   215.864.8999
Email:       axelrodd@ballardspahr.com
             engelmyerl@ballardspahr.com

*Attorneys for Defendant Paul Spivak*

/s/ John F. McCaffrey
John F. McCaffrey (0039486)
Melissa Z. Kelly (0077441)
Izaak Horstemeier-Zrnich (0101085)
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113
Telephone:   216.696.3486
Facsimile:   216.592.5009
Email:       john.mccaffrey@tuckerellis.com
             melissa.kelly@tuckerellis.com
             izaak.horstemeier-zrnich@tuckerellis.com

*Attorneys for Defendant Olga Smirnova*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

<u>/s/  David L. Axelrod</u>
David L. Axelrod (Admitted *Pro Hac Vice*)
Lauren Engelmyer (Admitted *Pro Hac Vice)*

*Attorneys for Defendant Paul Spivak*