# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-491 |
| Plaintiff, | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) | |
| PAUL SPIVAK, | ) ) | |
| OLGA SMIRNOVA, | ) ) | |
| CHARLES SCOTT, | ) ) | |
| and | ) ) | |
| CHRISTOPHER BONGIORNO, | ) ) | |
| Defendants. | ) ) | |

## MINUTES AND ORDER

On August 7, 2024, the Court held a hearing by Zoom. Elliot Morrison, Megan Miller, and Stephanie Wojtasik appeared for the United States. David Axelrod and Lauren Engelmyer appeared for Paul Spivak (1); John McCaffery, Anthony Petruzzi, and Izaak Horstemeier-Zrnich appeared for Olga Smirnova (2); David DeVillers, David Slovick, and Samantha Pugh appeared for Charles Scott (3); and Michael Rosen appeared for Christopher Bongiorno (9).

Regarding Mr. Spivak's motion to dismiss (ECF No. 381), the Court directed the United States to respond to the factual basis of the motion by August 9, 2024. Counsel for all parties provided an update regarding the status of their preparations for trial and of their efforts to resolve or narrow various discovery and other issues

regarding witnesses and exhibits. The United States represented that the parties have resolved the issues previously raised regarding reciprocal discovery. To the extent that counsel for Defendants have questions about specific exhibits, the Court directed defense counsel to make particular requests of the United States to resolve those issues.

Mr. Axelrod made an oral motion to adjourn trial on Monday, August 26, 2024, and the Court took the matter under advisement. Finally, the Court stated that it expects the United States to begin to disclose, on a rolling basis, all *Jencks* and *Giglio* materials before the final pretrial conference, scheduled for August 13, 2024 at 2:00 pm.

**SO ORDERED.**

Dated: August 7, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio