✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | **PHASE ONE WITNESS LIST** |
|---|---|
| V. | Case Number: |
| PAUL SPIVAK AND CHARLES SCOTT | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY<br>Elliot Morrison, Megan Parker, Stephanie Wojtasik | DEFENDANT'S ATTORNEY<br>David Axelrod(1), Lauren Engelmyer(1); David DeVillers(3) |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| | | | Govt Witness #1 | | |
| | | | Govt Witness #2 | | |
| | | | Govt Witness #3 | | |
| | | | Govt Witness #4 | | |
| | | | Govt Witness #5 | | |
| | | | Govt Witness #6 | | |
| | | | Govt Witness #7 | | |
| | | | Govt Witness #8 | | |
| | | | Govt Witness #9 | | |
| | | | Govt Witness#10 | | |
| | | | Govt Witness#11 | | |
| | | | Govt Witness#12 | | |
| | | | Govt Witness #13 | | |
| | | | Govt Witness#14 | | |
| | | | Govt Witness#15 | | |
| | | | Govt Witness#16 | | |
| | | | Govt Witness#17 | | |
| | | | Govt Witness#18 | | |
| | | | Govt Witness#19 | | |
| | | | Govt Witness#20 | | |
| | | | Govt Witness#21 | | |
| | | | Govt Witness#22 | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

✏AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | VS. | | CASE NO. |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | | | Govt Witness#23 | | | |
| | | | Govt Witness#24 | | | |
| | | | Govt Witness#25 | | | |
| | | | Def Witness#1 | | | |
| | | | Def Witness#2 | | | |
| | | | Def Witness#3 | | | |
| | | | Def Witness#4 | | | |
| | | | Def Witness#1 | | | |

Page _____ of _____ Pages